NUMBER 13-05-00092-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

YOUNG'S PROPANE, INC. 

AND DANA YOUNG, Appellants,


v.



G.B.T. EXPLORATION, INC., 

D/B/A FLEET PROPANE, INC., Appellee. 

_____________________________________________________________


On appeal from the 164th District Court 


of Harris County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Garza and Vela


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on March 3, 2005, due to the bankruptcy of
one of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. 
Since the abatement there has been no activity in this appeal. On April 22, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. 

 Appellee responded to the order by informing the Court that they do not object to
this appeal being dismissed. Accordingly, we reinstate and dismiss the appeal for want of
prosecution. See Tex. R. App. P. 42.3(b).


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 21st day of May, 2009.